EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Walter Colón Rivera | 2005 TSPR 163<br><br>166 DPR _____ |

Número del Caso: TS-10878


Fecha: 31 de octubre de 2005


Abogado de la Parte Querellada:

                Lcdo. Pedro Malavet Vega

Oficina de Inspección de Notarías:

                Lcda. Carmen H. Carlos
                Directora


Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Walter Colón Rivera

TS-10878

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de octubre de 2005.

Vista la Solicitud de Inicio de Proceso de Reinstalación presentada por el Lcdo. Walter Colón Rivera, así como el Informe sobre el Estado de la Obra Notarial Incautada presentado por la Directora de la Oficina de Inspección de Notarías, se reinstala al licenciado Colón Rivera al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo